UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INGRID FISHER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT, STEVEN FISHER, ET AL, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION H-05-1731 |
| HALLIBURTON, INC., ET AL, | § § § | |
| Defendants. | § | |

**ORDER**

Pending before the court is the defendants' motion to enforce protective order and for sanctions. (Dkt. 152.) After a review of the transcript of the hearing on June 22, 2006 (Dkt. 132), the court concludes that the attorneys for the plaintiffs[1] honestly misunderstood the court's comments on the sharing with co-counsel of documents protected by the protective order (Dkt. 55). Therefore, the motion for sanctions is DENIED, and the motion to enforce protective order is GRANTED.

Accordingly, it is ORDERED that all documents covered by the *Fisher* protective order are restricted to use in the *Fisher* case only.

Additionally, the court requests that for future filings of documents under seal, the parties provide the court with courtesy copies on colored paper. This will aid court staff in determining at a glance which documents require extra vigilance. Copies of cases and other documents not covered by the terms of a confidentiality order should not be filed under seal.

---

[1]. Messrs. Allen, Leebron, Fibich, and Hawkins.

It is so ORDERED.

Signed at Houston, Texas on September 12, 2006.

_____
Gray H. Miller
United States District Judge