UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INGRID FISHER, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO DECEDENT, STEVEN FISHER, *ET AL*, <br><br>*Plaintiff,*<br><br>v.<br><br>HALLIBURTON, INC., *ET AL*,<br><br>*Defendants*. | § § § § § § § § § § § § | CIVIL ACTION H-05-1731 |

**FINAL JUDGMENT**

In accordance with the court's memorandum and order signed this date, the court now believes that final judgment should be entered. Therefore it is ORDERED that the plaintiffs' claims and causes of action are hereby DISMISSED with prejudice. Additionally non-party Keith Richard's motion for protective order, (Dkt. 129) and the defendants' motion to dismiss plaintiffs' R.I.C.O. claims, section 1983 claims, and exemplary damage claims (Dkt. 137) are DENIED AS MOOT.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on September 22, 2006.

_____
Gray H. Miller
United States District Judge