UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| INGRID FISHER, *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> HALLIBURTON, INC., *et al.*, <br>    *Defendants*. | § § § § § § § § | CIVIL ACTION H-05-1731 |
| KEVIN SMITH-IDOL, <br>    *Plaintiff*, <br><br> v. <br><br> HALLIBURTON, *et al*, <br>    *Defendants*. | § § § § § § § § | CIVIL ACTION H-06-1168 |
| REGINALD CECIL LANE, *et al.*, <br>    *Plaintiffs*, <br><br> v. <br><br> HALLIBURTON, A CORPORATION, *et al.*, <br>    *Defendants*. | § § § § § § § § | CIVIL ACTION H-06-1971 |

## Order

    The jury trial in this matter is preferentially set for Monday, May 24, 2010 at 10:00 a.m. in Courtroom 9D, 515 Rusk, Houston, Texas. The final pretrial conference is set for Thursday, May 13, 2010 at 10:00 a.m. The joint pretrial order and all other required trial materials (*See* Judge Miller's court procedures available at www.txs.uscourts.gov) are due no later than close of business Friday, May 7, 2010. The discovery deadline is extended up to and including March 25, 2010. Defendants' expert designation/report deadline is extended up to and including December 18, 2009.

    Signed at Houston, Texas on October 22, 2009.

                                                        Gray H. Miller
                                                     United States District Judge