# *FISHER v. HALLIBURTON* - Civil Action No. H-05-1731
## United States District Court – Southern District of Texas- Houston Division
### CHART - Discovery Propounded by Defendants

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Bell, Marjorie (Tim Bell mother) Tunstall, Cha Sadie (Tim Bell daughter) | Set 1 (2005) - 86 Requests | HAL 20 Interrogatories<br>KBR 20 Interrogatories<br>SEII 23 Interrogatories<br>Total = 63 Interrogatories (2005) | 24 Admissions<br>38 pages of exhibits | 3 hrs : 21 min |
| | Set 2 (2010) - 10 Requests | KBRSI -12 Interrogatories (2010) | | |
| | Total Marjorie Req. = 96 | Total Marjorie Interrogatories = 75 | Total RFA-Bell = 24/38 pp | Depo = 3hrs 21 min. |
| Caffey, Timothy (Tim Bell son) | 64 Requests (2010) | KBRSI & KBRI- 36 Interrogatories (2010) | | — |
| Caffey, Nicholas (Tim Bell son) | 64 Requests (2010) | | | |
| | Total Bell Requests = 160 | Total Bell Family Interrogatories = 111 | Total Bell RFA = 24/38 pp | |
| Blackwood, James | 70 Requests (2010) | KBRSI & KBRI Interrogatories - 36 (2010) | 98 Admissions<br>380 pages of exhibits | 6 hr. 06 min |
| | Total Req. James = 70 | Total James Blackwood Interrogs = 36 | Total RFA James = 98/380p | |

EXHIBIT 1

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Blackwood, Joann | 65 Requests (2010) | KBRSI & KBRI Interrogatories - 37 (2010) | | 39 mins |
| | Total RFP Blackwood =135 | Total Interrogs to Blackwoods = 73 | Total Blackwood RFA - 98/380 pp | |
| Bradley, Jackson | Set 1 - 86 Requests (2005) | HAL 20 Interrogatories KBR 20 Interrogatories SEII 23 Interrogatories Total = 63 Interrogatories (2005) | 25 Admissions 38 pages of exhibits | 4 hrs : 48 min |
| | Set 2 - 10 Requests (2010) | KBRSI 12 Interrogatories (2010) | | |
| | Total RFP to Bradley = 96 | Total Interrogs to Bradley = 75 | Total Bradley RFA -25/ 38pp | |
| Brezovay, Michael | Set 1 = 81 Requests (2005) | HAL 21 Interrogatories KBR 23 Interrogatories SEII 24 Interrogatories Total Interrogatories = 68 (2005) | 98 Admissions 380 pages of exhibits | 3 hrs 53 min |
| | Set 2 = 10 Requests (2010) | KBRSI 12 Interrogatories (2010) | | |
| | Total RFP Brezovay = 92 | Total Interrogatories Brezovay = 80 | Total RFA Brezovay - 98/380 pp | |

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Fisher, Ingrid Fisher, Kristen | Set 1 (2005) = 99 Requests | HAL 21 Interrogatories KBR 20 Interrogatories SEII 22 Interrogatories Total = 63 Interrogatories (2005) | 25 Admissions 38 pages of exhibits | 3 hrs 47 min |
| | Set 2 (2010) = 10 Requests | KBRSI - 12 Interrogatories (2010) | | |
| | Total RFP Ingrid = 109 | Total Interrogs Ingrid Fisher = 75 | Total RFA Fisher =25/38pp | |
| Fisher, Kristen | | HAL 20 Interrogatories KBR 19 Interrogatories SEII 13 Interrogatories Total = 52 Interrogatories (2005) | | 1 hr 21 min |
| | Set 2 - 10 Requests (2010) | KBRSI - 12 Interrogatories (2010) | | |
| | Total Req. Kristen = 10 | Total Interrogs Kristen = 64 | | |
| | Total RFP to Fisher = 119 | Total Interrogs to Fishers = 139 | Total Fisher RFA -25 /38 pp | |
| Hulett, Lisa   (Steve Hulett daughter) | Set 1 (2005) = 62 Requests | HAL 20 Interrogatories KBR 19 Interrogatories SEII 13 Interrogatories Total = 52 Interrogatories (2005) | 25 Admissions 38 pages of exhibits | 3 hrs : 58 min |
| | Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2010) | | |
| | Total Requests- Lisa = 72 | Total Interrogatories - Lisa = 64 | | |

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Hulett, Hollie (Steve Hulett wife) | Set 1 (2005) = 96 Requests | HAL 20 Interrogatories<br>KBR 20 Interrogatories<br>SEII 20 Interrogatories<br>Total = 60 Interrogatories (2005) | 25 Admissions<br>38 pages of exhibits | 4 hours 28 min |
| | Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2010) | | |
| | Total Requests-Hollie = 106 | Total Interrogatories - Hollie = 72 | Total RFA- Hollie -25 /38 pp | |
| Slingerland, Jack (Steve Hulett son) | Set 1 (2005) = 96 Requests | HAL 20 Interrogatories<br>KBR 19 Interrogatories<br>SEII 13 Interrogatories<br>Total = 52 Interrogatories (2005) | | 1 hr : 18 min |
| | Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2010) | | |
| | Total RFP- Jack = 106 | Total Interrogatories - Jack = 64 | | |
| Slingerland, Alexandria (Steve Hulett daughter) | Set 1 (2005) = 96 Requests | HAL 20 Interrogatories<br>KBR 20 Interrogatories<br>SEII 13 Interrogatories<br>Total = 53 Interrogatories (2005) | | 1 hr : 22 min |
| | Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2010) | | |
| | Total RFP Alexandria = 106 | Total Interrogatories - Alex = 65 | | |
| | Total RFP All Huletts = 390 | Total Interrogs - All Huletts = 265 | Total RFA - Hulett = 25/38 pp | |

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Howell, Nelson | Set 1 (2005) = 81 Requests | HAL 22 Interrogatories<br>KBR 23 Interrogatories<br>SEII 25 Interrogatories<br>Total = 70 Interrogatories (2005) | 98 Admissions<br>380 pages of exhibits | — |
| | Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2020) | | |
| | Total RFP - Howell - 91 | Total Interrogatories - Howell = 82 | Total RFA-Howell = 98/380 pp | |
| Johnson, April | Set 1 (2005) = 61 Requests | HAL 20 Interrogatories<br>KBR 19 Interrogatories<br>SEII 13 Interrogatories<br>Total = 52 Interrogatories (2005) | 25 Admissions<br>38 pages of exhibits | 2 hrs : 46 min |
| | Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2010) | | |
| | Total RFP - Johnson = 71 | Total Interrogatories - Johnson = 64 | Total RFA-Johnson-25 & 38pp | |
| Lester, Jackie | Set (2005) = 81 Requests (with Naomi Lester) | HAL 22 Interrogatories<br>KBR 23 Interrogatories<br>SEII 25 Interrogatories<br>Total = 70 Interrogatories (2005) | 98 Admissions<br>380 pages of exhibits | 6 hours 41 mins |
| | Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2010) | | |

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Lester, Naomi | Total RFP- Jackie = 91 | Total Interrogatories - Jackie = 82 | | |
| | Set 2 - 10 Requests (2010) | Set 1 - 22 Interrogatories<br>- 12 Interrogatories  Set 2<br>Total = 34 interrogatories | | 1 hour 14 mins |
| | Total RFP - Naomi = 10 | Total Interrogatories - Naomi = 34 | | |
| | Total RFP -Lesters = 101 | Total Interrogatories - Lesters = 116 | Total RFA-Lester = 98&380pp | |
| Montague, Betsy<br>Montague, Jacquelyne | Set 1 (2005)<br>= 86 Requests | HAL 22 Interrogatories<br>KBR 20 Interrogatories<br>SEII 20 Interrogatories<br>Total = 62 interrogatories (2005) | | |
| | Set 2 (2010)<br>=10 Requests | KBRSI - 12 Interrogatories (2010) | 25 Admissions<br>38 pages of exhibits | 5 hrs : 27 min |
| | Total Req. Betsy = 96 | Total Interrogatories Betsy = 74 | | |
| Montague, Jacquelyn | Set 1 (2010) = 10 Requests | KBRSI 12 Interrogatories (2010) | | |
| | Total Req. Jacquelyn = 10 | Total Interrogatories Jacquelyn = 12 | | 1 hr : 09 min |
| | Total Req. Montague = 106 | Total Interrogs Montague = 86 | Total RFA Montague =25/28pp | |
| Parker, Lois | Set 1 (2005)<br>= 82 Requests | HAL 20 Interrogatories<br>KBR 20 Interrogatories<br>SEII 20 Interrogatories<br>Total = 60 Interrogatories (2005) | 25 Admissions<br>38 pages of exhibits | 1 hr : 26 min |

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Peterson, William | Set 2 (2010) = 10 Requests<br>Set 1 (2005) = 81 Requests<br>Total Req. Parker = 92 | KBRSI 12 Interrogatories (2010)<br>HAL 22 Interrogatories<br>KBR 23 Interrogatories<br>SEII 25 Interrogatories<br>Total = 70 interrogatories (2005)<br>Total Parker Interrogatories = 72 | Total RFA Parker = 25/38pp | 6 hrs : 07 mins |
| Sanchez, Edward | Set 2 (2010) = 10 Requests<br>Set 1 (2005) = 81 Requests<br>Total Peterson Req. = 91 | KBRSI 12 Interrogatories<br>HAL 25 Interrogatories<br>KBR 23 Interrogatories<br>SEII 22 Interrogatories<br>Total = 70 Interrogatories (2005)<br>Total Interrogatories Peterson = 82 | Total RFA Peterson=98/380pp<br>98 Admissions<br>380 pages of exhibits | 4 hrs : 11 min |
| Stanley, Keith | Set 2 (2010) = 10 Requests<br>Set 1 (2005) = 81 Requests<br>Total Req. Sanchez = 91 | KBRSI 12 Interrogatories (2010)<br>HAL 22 Interrogatories<br>KBR 23 Interrogatories<br>SEII 25 Interrogatories<br>Total = 70 Interrogatories (2005)<br>Total Interrogatories Sanchez = 82 | Total RFA Sanchez=98/380pp<br>98 Admissions<br>380 pages of exhibits | 4 hrs : 47 min |

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| Stannard, Ray | Set 1 = 81 Requests (2005)<br>Set 2 = 10 Requests (2010)<br>Total Req. - Stannard = 91 | HAL 22 Interrogatories<br>KBR 23 Interrogatories<br>SEII 25 Interrogatories<br>Total = 70 Interrogatories (2005)<br>KBRSI 12 Interrogatories (2010)<br>Total Interrogatories-Stannard = 82 | 98 Admissions<br>380 pages of exhibits<br>TotalRFA Stannard = 98/380pp | 5 hrs : 25 min |
| Tollison, Rick | Set 1 (2005) = 81 Requests<br>Set 2 (2010) = 10 Requests<br>Total Req. -Tollison-91 | HAL 22 Interrogatories<br>KBR 23 Interrogatories<br>SEII 25 Interrogatories<br>Total = 70 Interrogatories (2005)<br>KBRSI 12 Interrogatories (2010)<br>Total Interrogs. -Tollison = 82 | 98 Admissions<br>380 pages of exhibits<br>Total RFA Tollison = 980/380pp | |
| Wood, Danny | Set 1(2005) = 81 Requests<br>Set 2 (2010) = 10 Requests | KBRSI 12 Interrogatories (2005)<br>KBRSI 12 Interrogatories (2010) | | 3 hrs : 54 min |

| Plaintiff | Documents Demands By All Defendants | INTERROGATORIES By Halliburton, KBR, SEII KBRSI, & KBRII | RFA W/ Exhibits | Deposition |
|---|---|---|---|---|
| | Total Req. -Wood = 91 | Total Interrogatories - Wood = 82 | Total RFA -Wood = 98/380 pp | |